UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FRANK WILLIAMS, III                          CIVIL ACTION

versus                                       Docket No.

                                             SECTION " " MAG.

TIM NGUYEN,
C9, INC.,
NGHIA NGUYEN,
NGHIA, INC.,
JEREMIAH PIERRON, and
MISS CARLA, LLC

*****************************************************************
COMPLAINT FOR DAMAGES

TO THE HONORABLE UNITED STATED DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:

     The complaint of Frank Williams, III, a person of majority age, with respect

represents:

1.

Made defendants herein are:

a.     Tim Nguyen, a person of majority age domiciled in this State and

       judicial district at all material times;

b.     C9, Inc., a corporation organized and existing pursuant to the laws of

the State of Louisiana with its principal office in the Eastern District

of Louisiana at all material times;

c.  Nghia Nguyen, a person of majority age domiciled in this State and

judicial district at all material times;

d.  Nghia, Inc., a corporation organized and existing pursuant to the laws

of the State of Louisiana with its principal office in the Eastern

District of Louisiana at all material times;

e.  Jeremiah Pierron, a person of majority age domiciled in this State and

judicial district at all material times; and

f.  Miss Carla, LLC, a limited liability company organized and existing

pursuant to the laws of the State of Louisiana with its principal office

in the Eastern District of Louisiana at all material times.

<u>FOR A FIRST CAUSE OF ACTION</u>

2.

At all relevant times plaintiff Williams was employed by defendants, Tim

Nguyen, C9, Inc., Nghia Nguyen, and/or Nghia, Inc., working 12 hour shifts, and

earning an hourly wage plus overtime, a percentage of the profits, and valuable

fringe benefits.

3.

At all material times, plaintiff Williams was assigned to the C9, VIN

1184768, a vessel in navigation under the ownership and control of the

defendants, Tim Nguyen, C9, Inc., Nghia Nguyen, and/or Nghia, Inc.

4.

At all material times plaintiff Williams was a seaman and member of the

crew of the said C9 vessel.

5.

At all material times, and specifically on May 25, 2016, plaintiff Williams

was working under the supervision of and receiving instructions from defendants

Tim Nguyen, C9, Inc., Nghia Nguyen, and/or Nghia, Inc., and/or their personnel.

6.

On May 25, 2016, the defendants lashed the vessel C9, to the vessel

Brothers, VIN 1219288, a vessel in navigation under the ownership and control of

the defendants, Tim Nguyen, C9, Inc., Nghia Nguyen, and/or Nghia, Inc.

7.

While the vessels C9 and Brothers were so affixed, the vessel C9 was struck

by the vessel Miss Carla, VIN LA5372FX, a vessel in navigation owned and

operated by defendants Jeremiah Pierron and/or Miss Carla, LLC.

8.

At the moment of allision plaintiff Williams was on his bunk resting between his work shifts. The great force of the impact threw him from his bunk, causing him to strike his neck, back, shoulders, and spine upon and against the metal deck flooring and other appurtenances of the vessel C9.  As a result, plaintiff Williams suffered severe, temporary and permanently disabling injuries to his cervical spine, lumbar spine, connective tissues, muscles, joints, and nerves.

9.

The aforesaid casualty and resulting severe, painful, permanent, and disabling injuries to plaintiff Williams were caused by the negligence of the defendants Tim Nguyen, C9, Inc., Nghia Nguyen, Nghia, Inc., Jeremiah Pierron, and/or Miss Carla, LLC, individually or in concert, and the unseaworthiness of the C9, the Brothers, and/or the Miss Carla.

10.

As a result of the casualty described herein, plaintiff Williams has suffered lost wages, an impaired wage earning capacity, and past, present, and future physical and mental pain and suffering, loss of enjoyment of lifestyle, future

medical care and possible surgeries and temporary and permanent physical scarring.

11.

Jurisdiction of this cause of action against defendants is based upon the Jones Act, 46 U.S.C. 30104, et seq., and the general maritime law of the United States.

AND FOR A SECOND CAUSE OF ACTION

12.

Plaintiff Williams reavers and realleges each and every allegation of fact and law previously pled herein as if repled in their entirety.

13.

As a result of the severe injuries suffered by plaintiff Williams while in the service of the C9, as described herein, plaintiff has sought and received medical treatment and is entitled to said treatment at the expense of his employer  Tim Nguyen, C9, Inc., Nghia Nguyen, and/or Nghia, Inc., regardless of negligence or fault, until such time as plaintiff reaches maximum medical improvement according to his treating physicians.

14.

By reason of the foregoing, plaintiff Williams is also entitled to recover

from Tim Nguyen, C9, Inc., Nghia Nguyen, and/or Nghia, Inc., maintenance at the

rate  of $40.00 per day until such time as plaintiff reaches maximum medical

improvement according to his treating physicians.

15.

To date, despite prompt notice and knowledge of plaintiff Williams'

shipboard injuries and required medical care, defendants Tim Nguyen, C9, Inc.,

Nghia Nguyen, and/or Nghia, Inc., have capriciously and without legal cause

failed and/or refused to pay plaintiff maintenance and/or at the appropriate rate,

which failure has aggravated, prolonged, and intensified plaintiff's mental and

physical pain and suffering and emotional distress, and delayed and impaired his

recovery from his shipboard injuries.

16.

Jurisdiction of this second cause of action against the aforesaid defendants

is based upon the general maritime law of the United States and the Jones Act, 46

U.S.C. 30104, et seq.

17.

Plaintiff hereby requests a trial by jury on all issues raised herein.

WHEREFORE, plaintiff, Frank Williams, III, prays for judgment in his

favor and against defendants,  Tim Nguyen, C9, Inc., Nghia Nguyen, Nghia, Inc.,

Jeremiah Pierron, and/or Miss Carla, LLC, for compensatory damages in an

amount reasonable under the circumstances of this cause, for legal interest on

those amounts for which plaintiff is entitled to obtain legal interest, for

maintenance and cure until he reaches maximum medical improvement according

to his treating physicians, for reasonable attorneys' fees incurred by plaintiff in the

prosecution of his maintenance action, and for all general and equitable relief.

Respectfully submitted,

s/Brett J. Prendergast                          s/ Michael G. Riehlmann
Brett J. Prendergast, No. 17755         Michael G. Riehlmann, 02072
4603 S. Carrollton Avenue                 4603 S. Carrollton Avenue
New Orleans, Louisiana 70119            New Orleans, Louisiana 70119
(504) 593-9277                                   (504) 957-2788
brett_p_1999@yahoo.com                 mgriehlmann@hotmail.com

s/Bruce G. Whittaker
Bruce G. Whittaker, No. 08339
1215 Prytania Street, Suite 332
New Orleans, LA 70130
(504) 554-8674
bruce@whittakerlaw.com

Attorneys for Plaintiff