UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANK WILLIAMS, III** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-13983** |
| **TIM NGUYEN, ET AL** | **SECTION: "E" (4)** |

## ORDER

Before the Court is the Plaintiff's **Motion for Leave to Amend and Supplement Complaint (R. Doc. 13)** seeking leave of the Court to file amend his complaint to add a claim for punitive damages against a number of defendants as well as specifically allege that Defendant Jeremiah Pierron was piloting the Miss Carla at the time of the accident. The motion is unopposed. The motion was submitted on February 1, 2017 and heard without oral arguments.

"Rule 15(a) requires a trial court 'to grant leave to amend freely,' and the language of this rule 'evinces a bias in favor of granting leave to amend.'" *Jones v. Robinson Prop. Grp.*, 427 F.3d 987, 994 (5th Cir. 2005) (internal quotations marks omitted) (quoting *Lyn–Lea Travel Corp. v. Am. Airlines*, 283 F.3d 282, 286 (5th Cir.2002)). When denying a motion to amend, the court must have a "substantial reason" considering such factors as "'undue delay, bad faith or dilatory motive on the part of the movant, repeated failures to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party ...and futility of the amendment.'" *Marucci Sports, LLC v. Nat'l Collegiate Athletic Ass'n*, 751 F.3d 368, 378 (5th Cir. 2014) (quoting *Jones*, 427 F.3d at 994).

Here, the Plaintiff's motion for leave to amend was timely filed. R. Doc. 11. Moreover, the motion is unopposed. Given the liberal standard espoused by Rule 15 and that the Court

sees no substantial reason to deny the motion, the Court grants the motion for leave to file an amended and supplemental complaint.

Accordingly,

**IT IS ORDERED** that the Plaintiff's **Motion for Leave to Amend and Supplement Complaint** (**R. Doc. 13**) is **GRANTED.**

New Orleans, Louisiana, this 1st day of February 2017.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**